CORSO. (L) THE PEOPLE OF THE STATE OF NEW YORK v. JAVIER SANCHEZ. (M) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN EARL.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.
THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT VINGO. —

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.
THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT VINGO.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.
In the Matter of CHARLES E. MORROW v. EMANUEL MORRIS, as Official Court Stenographer of the Court of General Sessions, New York County.— Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
In the Matter of GRACE WARD v. JOSEPH J. CAPUTA, as State Rent Administrator.— Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
VICTOR A. ROBERTS v. ALDO CERIA et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
ALAN S. ESSMAN et al. v. METAL FINDINGS CORPORATION.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
(A) ALBINA CURLEY v. 97 WOOSTER STREET CORP. et al. (B) ALLIED PRODUCTIONS, INC. v. NTA RADIO BROADCASTING CO.— Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
LOUIS MILLER v. BUILDING SERVICE MAINTENANCE AND MISCELLANEOUS EMPLOYEES UNION, LOCAL 400, et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
YORKTOWN PRODUCTS CORPORATION v. THOMAS M. FAY et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES C. DAVIS.—

Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.
(A) The People of the State of New York v. Sebastiano DeFilippo. (B) The People of the State of New York v. John Siena, Sr. (C) The People of the State of New York v. David Pippin.— Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

In the Matter of Sylvia Needleman, Petitioner, v. Irving H. Saypol, Justice of the Supreme Court, County of New York, Respondent.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

The People of the State of New York, Plaintiff, v. Joseph Gallo, Sidney Slater, Michael Albergo and Ali Waffa, Defendants.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

Armand A. Cioffi v. City of New York et al.— Concur — Botein, P. J., Breitel, Rabin, Valente, and Eager, JJ.

In the Matter of Harry K. Nadell, an Attorney.— Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

## (November 21, 1961)

Hyman I. Feldman, Respondent-Appellant, v. Chemical Bank New York Trust Company, Appellant-Respondent.—

Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.

Jacques Isserles, Appellant, v. Gil-Ed Corporation, Respondent.—

Plaintiff testified that after he fell, due to a rut in the path, the towrope continued to move upward for a "minute or two" before it caught in his equipment and dragged him along for some distance. A question of fact was at least presented whether the towrope operator was negligent in failing to stop the rope sooner. Moreover, because a new trial is required it should be noted that it was error to exclude expert testimony concerning the custom and practice of other ski-tow operators in guarding against accidents of this kind (*Berman* v. *H. J. Enterprises*, 13 A D 2d 199, 201–202; *Levy* v. *Cascades Operating Corp.*, 176 Misc. 373, 379–380, revd. on other grounds 263 App. Div. 882, revd. on other grounds 289 N. Y. 714; Richardson, Evidence [8th ed.], § 192). Concur — Botein, P. J., Breitel, McNally and Eager, JJ.; Stevens, J., dissents in the following memorandum: I dissent and vote to affirm on the grounds that there is no proof of negligence